ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:20CR0004 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| RAFAEL MOORE, | ) | <u>ORDER</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is scheduled for trial on March 13, 2020. The parties are instructed as follows with respect to the required pretrial filings.

A joint preliminary statement (not to exceed 2 pages) shall be completed and filed by 12:00 p.m. on March 12, 2020.

Stipulations of fact shall be filed by no later than 12:00 p.m. on March 12, 2020.

Trial briefs and exhibit lists shall be filed by 4:00 p.m. on March 12, 2020.

Witness lists shall be provided the Court by 12:00 p.m. on March 12, 2020.

Proposed voir dire questions shall be submitted by 12:00 p.m. by March 12, 2020. Counsel is reminded that only case-specific questions need to be proposed.

Proposed jury instructions shall be submitted by 12:00 p.m. on March 13, 2020.

IT IS SO ORDERED.

March 10, 2020_____   */s/ John R. Adams*_____
Dated                        JUDGE JOHN R. ADAMS
                             United States District Judge